**C. Murray HENDERSON, Warden, Louisiana State Penitentiary.**

**No. 53004.**

Supreme Court of Louisiana.

Dec. 5, 1972.

Writ denied. According to the judgment of the trial judge, written waivers of counsel and a written plea of guilty are entered in the record. Applicant has failed to make these waivers part of this application.

269 So.2d 249

**STATE of Louisiana ex rel.
Joshua CARTER**

v.

**C. Murray HENDERSON, Warden, Louisiana State Penitentiary.**

**No. 53001.**

Supreme Court of Louisiana.

Dec. 5, 1972.

Application denied; the showing made by relator does not warrant the relief sought.

BARHAM, J., concurs. The defendant did not raise the question of the composition of the jury or the jury venire according to the provisions of C.Cr.P. Art. 535, subds. B(3) and D. He waived that right.

269 So.2d 249

**STATE of Louisiana ex rel.
Clinton ANDERSON**

v.

**C. Murray HENDERSON, Warden, Louisiana State Penitentiary.**

**No. 53002.**

Supreme Court of Louisiana.

Dec. 5, 1972.

Application denied. In view of the written per curiam of the trial judge, the showing made does not warrant the exercise of our original or supervisory jurisdiction.

BARHAM, J., is of the opinion that the allegation of incompetent counsel and duress from counsel in securing plea requires an evidentiary hearing.